UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James Satchel, *et al.,*

    Plaintiffs,

v.                                       Civil Action No. 16-11518

Dayton Township, *et al.*,           Sean F. Cox
                                               United States District Court Judge

    Defendants.
_____/

## ORDER
## ALLOWING FILING OF AMENDED COMPLAINT
## AND AMENDED AFFIRMATIVE DEFENSES
## AND DENYING SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE

As agreed to by the parties, on the record on this date, the Court hereby **ORDERS** that:

1) No later than **August 15, 2017**, Plaintiffs may file an amended complaint, in order to amend the allegations concerning the statute that the conspiracy claims are based upon;

2) No later than **August 15, 2017**, Defendants may file amended affirmative defenses, in order to state the affirmative defense of legislative immunity;

3) If they wish to do so, Plaintiffs may serve interrogatories, limited to the newly-asserted affirmative defense of legislative immunity, within twenty-one (21) days of this order;

4) If they wish to do so, Plaintiffs may depose Defendants within sixty (60) days of this order, and such depositions shall be limited to the newly-asserted affirmative defense of legislative immunity.

The Court further **ORDERS** that Defendant's Motion for Summary Judgment, filed on

1

March 24, 2017 (Docket Entry No. 37) , is **DENIED WITHOUT PREJUDICE**. Within ninety (90) days of this Order, Defendants may file a new summary judgment motion.

**The Court further advises both parties that any future motions and responses pertaining to qualified immunity must address each Defendant separately and include an analysis on a claim-by-claim basis.**

**IT IS SO ORDERED.**

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: August 8, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 8, 2017, by electronic and/or ordinary mail.

                                            s/Jennifer McCoy
                                            Case Manager